# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN GARCIA,<br><br>                     Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>                     Defendant. | Case No.:  19cv1819-MDD-KSC<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS**<br>**[ECF NO. 17]** |

On April 7, 2020, the parties filed a Joint Motion to Amend the Scheduling Order.  (ECF No. 17).  The Court finds good cause to GRANT IN PART AND DENY IN PART the parties' joint motion.  **IT IS HEREBY ORDERED**:

1. The deadline to file a motion to join other parties, to amend the pleadings, or to file additional pleadings expired two months prior to the filing of the parties' motion to amend the scheduling order.

2. All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **June 10, 2020**.  Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **July 10, 2020**.  Unless otherwise stipulated by the

parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B). If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(C).

3. All discovery, including expert discovery, shall be completed by all parties by **August 12, 2020**. Completed means that interrogatories, requests for production, and other discovery requests must be served at least thirty (30) days prior to the established cutoff date so that responses thereto will be due on or before the cutoff date. All subpoenas issued for discovery must be returnable on or before the discovery cutoff date. All disputes concerning discovery shall be brought to the attention of the Magistrate Judge no later than thirty (30) days following the date upon which the event giving rise to the dispute occurred. The parties are required to meet and confer regarding all discovery disputes pursuant to the requirements of Local Rule 26.1(a). The parties are to comply with the chambers rules of Judge Dembin in bringing discovery before the court.

4. Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

5. All dispositive pretrial motions, including motions for summary judgment and motions addressing *Daubert* issues, must be filed by **September 14, 2020**.[1] Counsel for the moving party must obtain a motion hearing date from Judge Dembin's law clerk. The period of time between the date you request a motion date and the hearing date may vary from one

---

[1] This deadline is not applicable to pretrial motions *in limine*. For further information regarding motions *in limine*, please contact Judge Dembin's Chambers.

district judge to another.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard.

6. If appropriate, following the filing of an order ruling on a motion for summary judgment or other dispositive pretrial motion, or in the event no such motion is filed, after the expiration of the deadline set forth in paragraph 8, supra, Judge Dembin will issue a pretrial scheduling order setting a pretrial conference, trial date, and all related pretrial deadlines. The parties must review and be familiar with Judge Dembin's Civil Chambers Rules, which provide additional information regarding pretrial scheduling.

7. The parties are **ORDERED** to contact the Chambers of Magistrate Judge Karen S. Crawford within three days of the Court's ruling on a dispositive pretrial motion, or in the event no such motion is filed, after the expiration of the deadline set forth in paragraph 8, supra, to schedule a Mandatory Settlement Conference.

8. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

9. The dates and times set forth herein will not be modified except for good cause shown.

10. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district court judge.  No reply memorandum will exceed ten (10) pages without leave of a district court judge.  Briefs and memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

//

1   11. Plaintiff's counsel must serve a copy of this order on all parties
2 that enter this case hereafter.
3       **IT IS SO ORDERED.**
4 Dated: April 21, 2020

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge